```
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: CHRISTINE MEDING (CM-8556)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2614
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA               :
                                              :      <u>NOTICE OF MOTION</u>
          -v.-                          :      <u>FOR DEFAULT JUDGMENT</u>
                                              :
$30,000 IN UNITED STATES CURRENCY,   :      07 Civ. 8218 (RJH)
SEIZED FROM CITIBANK, NEW YORK,       :
ACCOUNT NUMBER XXXXX235, HELD IN THE  :
NAME OF ELIE K. EL ASMAR,              :
                                              :
                Defendant-in-rem.      :
                                              :
- - - - - - - - - - - - - - - - - - - - - x

        Upon the accompanying Default Judgment, and upon all prior proceedings herein, the plaintiff will move this Court before the Honorable Richard J. Holwell, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on February 11, 2008 at 10:00 A.M., on submission, for an order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting default judgment in favor of the plaintiff, United States of America, and forfeiting the defendant-in rem to the United States of America and for such other relief as is just and proper.

        PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1

(b) of the Civil Rules of this Court, the claimant is required to serve answering affidavits and memoranda, if any, upon the individuals listed in Exhibit 1, within ten days after service of this motion.

Dated:   New York, New York
         December 19, 2007

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          United States of America

By:   _____/s/_____
      CHRISTINE MEDING (CM-8556)
      Assistant United States Attorney
      One St. Andrews Plaza
      New York, New York  10007
      (212) 637-2614

**Exhibit 1**

**By International Federal Express**

Elie El Asmar
Vorst (Forest) Prison- Belguim
Verbindingslaan 52
Vorst, Brussels/Vorst
Belguim, 1190

Mr. Vergauwen
Emile Clausstraat 5/4-
Brussels, Belguim, 1000

Mr. Monville Pierre
Minimenstraat 41
Brussels, Belguim, 1000


**By Federal Express**

B. Alan Seidler, Esq.
580 Broadway
New York, NY 10012