Holwell, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

$30,000 IN UNITED STATES CURRENCY,
SEIZED FROM CITIBANK, NEW YORK,
ACCOUNT NUMBER XXXXX235, HELD IN THE
NAME OF ELIE K. EL ASMAR,

    Defendant-in-rem.

- - - - - - - - - - - - - - - - - - - - - - x

DEFAULT JUDGMENT

07 Civ. 8218 (RJH)

    WHEREAS, on September 20, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem ("defendant currency") by the filing of a verified complaint, alleging that the defendant currency are narcotics proceeds were deposited into the above-captioned account in connection with a DEA undercover money laundering operation; and

    WHEREAS, on October 1, 2007, notice of the verified complaint was sent by International Federal Express, to Elie El Asmar, at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Brussels/Vorst Belguim, 1190. Notice was also sent to Mr. Vergauwen, as counsel for Asmar, at Emile Clausstraat 5/4-1000, Brussels, Belguim, 1000 and to Mr. Monville Pierre, as counsel for Asmar, at Minimenstraat 41- 1000 Brussels, Belguim, 1000; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

WHEREAS, the notice letters advised Mr. Asmar of his right to file a claim and answer to contest the forfeiture; and

WHEREAS, Mr. Asmar is the only party known by the Government to have a potential interest in the defendant currency; and

WHEREAS, notice of the verified complaint and <u>in rem</u> warrant against the defendant currency was also published in the <u>New York Law Journal</u> once in each of the three successive weeks beginning on October 12, 2007, and proof of such publication was filed with the Clerk of this Court on December 7, 2007; and

WHEREAS, no claims or answers have been filed or made in this action, and no other parties have appeared to contest the action to date, and all statutory-allotted time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America,

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the defendant currency.

2. The defendant currency be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshal for the Southern District of New York shall dispose of the defendant currency according to law.

Dated:   New York, New York
         February 21, 2008

SO ORDERED:

_____
HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

3